JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY CLARK,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; UNITED PARCEL SERVICE FLEXIBLE BENEFITS PLAN,<br><br>    Defendants. | Case No. 5:17-cv-00385-JGB-SPx<br><br>(Honorable Jesus G. Bernal)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>(Filed concurrently with Stipulation)<br><br>Complaint Filed: March 1, 2017 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

301743734v1 0996276

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 3, 2018

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE